IH-32                                                                                                              Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

JAMI TANNER, individually and on behalf
of all others similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-08950 |
| BJH HOLDING CORP. and JACK'S FAMILY RESTAURANTS, LP, | |
| Defendant | |

### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

LaJada Curl, individually and on behalf of
all others similarly situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-08839-JSR |
| BJH HOLDING CORP. and JACK'S FAMILY RESTAURANTS, LP, | |
| Defendant | |

IH-32                                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

✓ Open          (If so, set forth procedural status and summarize any court rulings.)

Complaint filed October 24, 2025. Additional related cases 1:25-cv-08861-JSR filed 10/27/2025 and 1:25-cv-08900-UA filed 10/27/2025.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Cases all relate to a data breach of Defendants' computer system.

Signature: /s/ Mark K. Svensson                           Date: 10/28/2025

Firm: Milberg Coleman Bryson Phillips Grossman PLLC
405 East 50th Street
New York, New York 10022
Tel.: (202) 975-0468