UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAMI TANNER**, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>**BJH HOLDING CORP and JACK'S FAMILY RESTAURANTS, LP**,<br><br>      Defendants. | No. 1:25-cv-08950 |

**NOTICE OF RELATED CASES**

  Pursuant to L.R. 1.6 and Rule 13 of the Rules for the Division of Business Among District Judges Southern District of New York, Plaintiff hereby provides notice of the following related actions: *Wilson v. BJH Holding Corp and Jack's Family Restaurants, LP,* Case No. 1:25-cv-08900 (S.D.N.Y); *Weston v. BJH Holding Corp and Jack's Family Restaurants, LP,* Case No. 1:25-cv-08861 (S.D.N.Y), and *Moye et al v. BJH Holding Corp and Jack's Family Restaurants, LP,* Case No. 1:25-cv-08969 (S.D.N.Y).

  This Action and these related actions assert overlapping causes of action related to the same data breach involving Defendant, are premised on essentially the same factual background and legal theories, name the same Defendant, and assert claims on behalf of nearly identical classes. They satisfy Rule 13 as they concern the same or substantially similar parties and events, there is substantial factual overlap, absent relation (and consolidation), the parties could be subjected to conflicting orders, and without a determination of relatedness there would be a substantial duplication of effort and expense, delay, or undue burden on the Court, parties or witnesses.

Thus, Plaintiff requests that this Court designate this action as related to the *Wilson*, *Weston*, and *Moye et al* actions identified above. A copy of this notice is being served on Defendant.

Dated: October 30, 2025

/s/ *Mark K. Svensson*
Mark K. Svensson (Bar No. 5974290)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, New York 10022
Tel.: (202) 975-0468
msvensson@milberg.com

Gary M. Klinger (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

*Attorneys for Plaintiff and Proposed Class Members*

## CERTIFICATE OF SERVICE

I, Leanna A. Loginov, hereby certify that on October 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 30th day of October, 2025.

By: /s/ *Mark Svensson*